1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

MICHAEL E. CLARK,                               )
                                                )        Case No. 2:09-cv-00141-JCM-PAL
                              Plaintiff,         )
                                                )        **ORDER**
vs.                                             )
                                                )        (Request for Transfer to NDOC - Dkt. #82)
ADRIAN GUERRERO, *et al.*,                      )
                                                )
                              Defendants.        )
_____)

Before the court is Plaintiff's Request for a Court Order to  NDOC to Transfer Plaintiff Back to HDSP for trial (Dkt. #82).  In an order entered September 27, 2010 (Dkt. #79), District Judge Mahan set this matter for trial October 18, 2010.  However, the following day, Chief Judge Roger Hunt entered an order (Dkt. #80) consolidating this case with Case No. 2:10-cv-00736.  His order directed that all pleadings be filed in Case No. 2:09-cv-00141 and that nothing else be filed in Case No. 2:10-cv-00736.  The Order vacated the October 18, 2010 trial and directed Plaintiff to submit an Amended Complaint within thirty days stating all of the claims within both cases.  The trial date has not been reset, and the thirty days for Plaintiff to file an Amended Complaint has not yet run.

Accordingly,

**IT IS ORDERED** Plaintiff's Request (Dkt. #82) is **DENIED.**

Dated this 7th day of October, 2010.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE