**James C. Mahan**
**U.S. District Judge**

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

MICHAEL CLARK,

    Plaintiff,

v.

OFFICER GUERRERO,

    Defendant.

2:09-CV-141 JCM (PAL)

## ORDER

Presently before the court is plaintiff Michael Clark's motion to extend time to file an amended complaint. (Doc. #85). Plaintiff requests an additional thirty days in which to file an amended complaint and motion to consolidate.

Good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiff's motion to extend time to file an amended complaint (doc. #85) is hereby GRANTED.

IT IS FURTHER ORDERED that the plaintiff shall have until December 30, 2010, to file the amended complaint.

DATED this 1st day of December, 2010.

_____
UNITED STATES DISTRICT JUDGE