# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL CLARK, | Case No. 2:09-cv-00141-JCM-PAL |
| Plaintiff, | **ORDER** |
| vs. | |
| ADRIAN GUERRERO, et al., | (Mtn for Document - Dkt. #86) |
| Defendants. | |

This matter is before the court on Plaintiff's Motion for Documents of the Court Free of Charge (Dkt. #86). Plaintiff seeks a copy of several documents from this case that District Judge Pro has requested in another case, 2:09-cv-02337-PMP-LRL. He states that he has no money in his inmate account and cannot afford to pay for the documents.

The statute providing authority to proceed *in forma pauperis*, 28 U.S.C. § 1915, does not include the right to obtain court documents without payment. *See id.* Plaintiffs proceeding *in forma pauperis* are ordinarily not granted free copies of documents from the court without the plaintiff demonstrating a specific showing of need. *See, e.g., Collins v. Goord,* 438 F.Supp. 2d 399 (S.D.N.Y. 2006); *Guinn v. Hoecker,* 43 F.3d 1483 (10th Cir. 1994) (no right to free copy of any document in record unless plaintiff demonstrates specific need); *In re Richard*, 914 F.2d 1526 (6th Cir. 1990) (28 U.S.C. § 1915 does not give litigant right to have documents copied at government expense); *Douglas v. Green*, 327 F.2d 661, 662 (6th Cir. 1964) (no free copy of court orders). Here, Plaintiff has demonstrated a specific showing of need. Accordingly,

**IT IS ORDERED** that Plaintiff's Motion for Documents (Dkt. #86) is DENIED WITHOUT PREJUDICE.

Dated this 31st day of January, 2011.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE