# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL CLARK,<br><br>              Plaintiff,<br><br>v.<br><br>OFFICER GUERRERO,<br><br>              Defendant. | 2:09-CV-141 JCM (PAL) |

### ORDER

Presently before the court is the case of *Clark v. Guerrero* (2:09-cv-00144-JCM-PAL).

On November 21, 2011, pursuant to Local Rule 41-1, the clerk of the court informed plaintiff that, if no action was taken in this case within thirty (30) days, the court would dismiss the case for want of prosecution. (Doc. #94). To date, plaintiff having taken no further action to prosecute this case,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the case of *Clark v. Guerrero* (2:09-cv-00144-JCM-PAL) be, and the same hereby is, DISMISSED.

DATED this 30th day of December, 2011.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**