**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHAEL CLARK,<br><br>                Plaintiff,<br><br>vs.<br><br>ADRIAN GUERRERO, et al.,<br><br>                Defendants. | Case No. 2:09-cv-00141-JCM-PAL<br><br>**ORDER**<br><br>(Mtn for Order - Dkt. #106) |

    This matter is before the court on Defendant Adrian Guerrero's Motion for Order Due to Plaintiff's Failure to Comply with the Local Rules (Dkt. #106). Defendant Guerrero requests the court dismiss this case because Plaintiff has not complied with Local Special Rule 2-2. As support for this request, Defendant has attached an envelope to the Motion showing that his mail to Plaintiff was returned, and Plaintiff no longer lives at the address on file with the court. One piece of returned mail does not show Plaintiff is non-compliant with LSR 2-2, especially where no court orders have been returned as undeliverable by the U.S. Post Office.

    Accordingly,

**IT IS ORDERED:**

1. Defendant Guerrero's Motion for Order (Dkt. #106) is DENIED.
2. Defendant Guerrero shall answer Plaintiff's Amended Complaint by the deadline established in the court's previous Order (Dkt. #105).
3. Plaintiff is reminded of his obligation under LSR 2-2 to promptly notify the court and opposing counsel of any change in address. Failure to comply with LSR 2-2 may result

1 | in a recommendation that Plaintiff's Amended Complaint (Dkt. #88) be dismissed with
2 | prejudice.
3 | Dated this 27th of September, 2012.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE