1
2
3
4
5
6

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

7  | MICHAEL CLARK,                              2:09-CV-141 JCM (PAL)

8  |                 Plaintiff,

9  | v.

10 | OFFICER GUERRERO,

11 |                 Defendant.

12 |

13

**ORDER**

14        Presently before the court is Magistrate Judge Leen's order and report of findings and

15  recommendation.  (Doc. # 102).  An objection to the report and recommendation was filed.

16  (Doc. # 103).

17        Also before the court is plaintiff Michael E. Clark's motion for entry of clerk's default.

18  (Doc. # 115).  Defendants have filed a response.  (Doc. # 115).  No reply has been filed.

19  **I.      Report and Recommendation**

20        This court "may accept, reject, or modify, in whole or in part, the findings or

21  recommendations made by the magistrate." 28 U.S.C. § 636(b)(1).  Where a party timely objects

22  to a magistrate judge's report and recommendation, then the court is required to "make a de novo

23  determination of those portions of the [report and recommendation] to which objection is made."

24  28 U.S.C. § 636(b)(1).

25        Where a party fails to object, however, the court is not required to conduct "any review at

26  all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149

27  (1985).  Indeed, the Ninth Circuit has recognized that a district court is not required to review a

28

**James C. Mahan**
**U.S. District Judge**

1   magistrate judge's report and recommendation where no objections have been filed.  *See United*

2   *States v. Reyna–Tapia*, 328 F.3d 1114 (9th Cir.2003) (disregarding the standard of review

3   employed by the district court when reviewing a report and recommendation to which no

4   objections were made); *see also Schmidt v. Johnstone*, 263 F.Supp. 2d 1219, 1226 (D. Ariz.

5   2003) (reading the Ninth Circuit's decision in *Reyna–Tapia* as adopting the view that district

6   courts are not required to review "any issue that is not the subject of an objection.").  Thus, if

7   there is no objection to a magistrate judge's recommendation, then this court may accept the

8   recommendation without review.  *See e.g.*, *Johnstone*, 263 F.Supp.2d at 1226 (accepting, without

9   review, a magistrate judge's recommendation to which no objection was filed).

10      Defendants objected to a procedural timeline and ruling in Magistrate Judge Leen's order

11   and report and recommendation.  (See doc. # 103).  Magistrate Judge Leen then resolved the

12   issue with a new order.  (Doc. # 105).  Defendants did not oppose any substantive findings or

13   recommendations dismissing certain claims by plaintiff, some with prejudice and some without

14   prejudice.

15      Nevertheless, this court finds it appropriate to engage in a de novo review to determine

16   whether to adopt the recommendation of the magistrate judge.  Upon reviewing the

17   recommendation, defendants failure to object to any substantive findings, and plaintiff's failure

18   to object or to file a second amended complaint, the court finds good cause to adopt the

19   magistrate's findings and recommendations in full.

20   **II.    Default**

21      Plaintiff filed a motion with the court seeking entry of clerk's default because defendants

22   had yet to answer his complaint.  The court denies the motion.

23      Magistrate Judge Leen established a deadline date of September 28, 2012, for the

24   defendants to answer plaintiff's complaint.  (Doc. # 105).  Defendants timely answered.  (*See*

25   docs. # 110 & 112).  Defendants are defending the action and no basis exists for entry of default.

26      IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Magistrate Judge

27   Leen's order and report and recommendation (doc. # 102) be, and the same hereby, is

28

**James C. Mahan**
**U.S. District Judge**

- 2 -

1    ADOPTED in its entirety.

2          IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that plaintiff's motion for

3    entry of clerk's default (doc. # 115) be, and the same hereby, is DENIED.

4          IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that plaintiff's claim

5    against Warden Williams for retaliation under the First Amendment be DISMISSED without

6    leave to amend.

7          IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that plaintiff's claim

8    against Warden Williams for a Fourteenth Amendment due process violation related to the

9    warden's failure to mail a grievance to the Office of the Inspector General be DISMISSED

10   without leave to amend.

11         DATED December 13, 2012.

12

13   _____

14   **UNITED STATES DISTRICT JUDGE**

15

16

17

18

19

20

21

22

23

24

25

26

27

28

James C. Mahan
U.S. District Judge                                    - 3 -