# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

MICHAEL E. CLARK,

                Plaintiff,         Case No. 2:09-cv-00141-JCM-PAL

vs.                                      **ORDER**

ADRIAN GUERRERO, et al.,

                Defendants.

This matter is before the court on the parties' failure to file a joint pretrial order as required by LR 26-1(e)(5). The Discovery Plan and Scheduling Order (#118) filed October 22, 2012, required the parties to file a joint pretrial order required by LR 26-1(e)(5) by February 26, 2013, or five days after all dispositive motions are decided, whichever is later. The Order (Dkt. #136) Denying Defendant's motion to dismiss was entered August 8, 2013. There are no dispositive motions pending. To date, the parties have not complied. Accordingly,

**IT IS ORDERED** that

1. Counsel for the parties shall file a joint pretrial order which fully complies with the requirements of LR 16-3 and LR 16-4 no later than **4:00 p.m., April 10, 2014**. Failure to timely comply will result in the imposition of sanctions up to and including a recommendation to the District Judge of case dispositive sanctions.

2. The disclosures required by Fed. R. Civ. P. 26(a)(3) and any objections thereto shall be included in the pretrial order.

Dated this 27th day of March, 2014.

                                                            _____
                                                            Peggy A. Leen
                                                            United States Magistrate Judge