# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MICHAEL E. CLARK, | Case No. 2:09-CV-141 JCM (PAL) |
| Plaintiff(s), | ORDER |
| v. | |
| ADRIAN GUERRERO, | |
| Defendant(s). | |

Presently before the court is the matter of *Clark v. Guerrero et al*, case no. 2:09-cv-00141-JCM-PAL.

On September 6, 2017, the Ninth Circuit issued a memorandum disposition vacating the judgment in this case. (ECF No. 160). On September 12, 2017, this court filed an order on mandate as to the Ninth Circuit decision. (ECF No. 163). Since that date, neither party has submitted any filings to this court. The court orders the parties to submit a joint status report indicating a proposed schedule on remand, or, in the alternative, a proposed judgment in the case.

Accordingly,

IT IS HEREBY ORDERED that the parties shall submit a joint status report or proposed judgment within thirty (30) days of the filing of this order.

DATED February 6, 2018.

UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**