UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MICHAEL E. CLARK, | Case No. 2:09-CV-141 JCM (PAL) |
| Plaintiff(s), | ORDER |
| v. | |
| ADRIAN GUERRERO, | |
| Defendant(s). | |

Presently before the court is plaintiff Michael Clark's emergency motion to continue hearing. (ECF No. 178).

Plaintiff's counsel, Ms. Telia U. Williams, indicates that she is and has been out of the office due to illness. *Id.* She also represents that she has been unable to confer with her client as anticipated. *Id.* Thus, although she should be able to return to work next week, she will not be prepared to handle the evidentiary hearing currently scheduled for Tuesday, February 18, 2020. *Id.*

Good cause appearing, the court grants plaintiff's motion. The evidentiary hearing is continued until Tuesday, April 14, 2020, at 10:00 a.m.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that plaintiff's emergency motion to continue (ECF No. 178) be, and the same hereby is, GRANTED.

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

IT IS FURTHER ORDERED that the evidentiary hearing currently scheduled for Tuesday, February 18, 2020, at 11:00 a.m. be, and the same hereby is, CONTINUED until Tuesday, April 14, 2020, at 10:00 a.m. in courtroom 6A.

DATED February 12, 2020.

_____
UNITED STATES DISTRICT JUDGE