UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MICHAEL E. CLARK,<br><br>　　　　　　　　Plaintiff(s),<br><br>　v.<br><br>ADRIAN GUERRERO,<br><br>　　　　　　　　Defendant(s). | Case No. 2:09-CV-141 JCM (PAL)<br><br>ORDER |

Presently before the court is the matter of *Clark v. Guerrero*, case no. 2:09-cv-00141-JCM-PAL. On April 1, 2020, plaintiff Michael Clark ("plaintiff") moved to continue the evidentiary hearing currently scheduled for April 14, 2020, in light of the COVID-19 pandemic. (ECF No. 189).

Good cause appearing, the court grants plaintiff's motion. *Id.*

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that plaintiff's motion to continue hearing (ECF No. 189) be, and the same hereby is, GRANTED.

IT IS FURTHER ORDERED that the evidentiary hearing currently scheduled for April 14, 2020, be, and the same hereby is, RESCHEDULED to June 23, 2020, at 10 a.m. in courtroom 6A.

DATED April 3, 2020.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**