# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MICHAEL E. CLARK, | Case No. 2:09-CV-141 JCM (BNW) |
| Plaintiff(s), | ORDER |
| v. | |
| ADRIAN GUERRERO, | |
| Defendant(s). | |

Presently before the court is plaintiff Michael E. Clark's motion to continue. (ECF No. 194). Plaintiff's counsel, Ms. Telia U. Williams, represents that COVID-19 has increased her caseload, which impedes her ability to prepare for the evidentiary hearing currently scheduled for June 23, 2020. *Id.* Further, Ms. Williams needs further documents from University Medical Center to prepare for the hearing because the records she received to date have been nonresponsive to her requests. *Id.* Finally, Ms. Williams will be out of town on June 23 due to personal family commitments. *Id.* Plaintiff does not object to the continuance. *Id.*

Good cause appearing, the court grants plaintiff's motion to continue. The evidentiary hearing currently scheduled for June 23, 2020, at 10:00 a.m. is hereby RESCHEDULED to September 15, 2020, at 10:00 a.m. in courtroom 6A.

Accordingly,

IT IS SO ORDERED

DATED June 17, 2020.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**