UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MICHAEL E. CLARK,<br><br>　　　　　　Plaintiff(s),<br><br>　v.<br><br>ADRIAN GUERRERO,<br><br>　　　　　　Defendant(s). | Case No. 2:09-CV-141 JCM (BNW)<br><br>ORDER |

Presently before the court is plaintiff Michael Clark's motion to continue the upcoming evidentiary hearing. (ECF No. 198). Plaintiff represents that he is "currently managing a tremendous workload, particularly after the shutdown associated with the recent pandemic, and other obligations that make it difficult for him to arrange to confer with counsel prior to this hearing." (*Id.*). Plaintiff's counsel has attempted, but was unable, to query defendant. (*Id.*).

Good cause appearing, the court grants plaintiff's motion to continue. The evidentiary hearing currently scheduled for September 15, 2020, at 10:00 a.m. is hereby RESCHEDULED to December 15, 2020, at 10:00 a.m. in courtroom 6A.

Accordingly,

IT IS SO ORDERED

DATED September 4, 2020.

　　　　　　　　　　　　　　　　　　　　　　　*/s/ James C. Mahan*
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**