UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MICHAEL E. CLARK,<br><br>　　　　　　　　Plaintiff(s),<br><br>　v.<br><br>ADRIAN GUERRERO,<br><br>　　　　　　　　Defendant(s). | Case No. 2:09-CV-141 JCM (BNW)<br><br>ORDER |

　　　Presently before the court is plaintiff Michael Clark's motion to continue evidentiary hearing. (ECF No. 200).  Plaintiff requests a continuance of at least ninety days, "because of concerns about the court's availability and logistics during this period of additional precautions being taken due to the Covid-19 pandemic."  (*Id.*).  Plaintiff's counsel has attempted, but was unable, to query defendant. (*Id.*).

　　　Good cause appearing, the court grants plaintiff's motion to continue.  The evidentiary hearing currently scheduled for December 15, 2020, at 10:00 a.m. is hereby RESCHEDULED to March 31, 2021, at 10:00 a.m. in courtroom 6A.

　　　Accordingly,

　　　IT IS SO ORDERED

　　　DATED December 9, 2020.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**