1
2
3
4
5
6

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

7

MICHAEL E. CLARK,

Case No. 2:09-CV-141 JCM (BNW)

8

Plaintiff(s),

ORDER

9

v.

10

ADRIAN GUERRERO,

11

Defendant(s).

12
13
14

Presently before the court is plaintiff's pro bono counsel Telia Mary U. Williams, Esq.'s motion to withdraw as attorney.  (ECF No. 203).

15
16
17
18
19
20
21
22

Counsel seeks to withdraw from this matter, because she has "a fundamental disagreement about the way that the case should be handled" with plaintiff.  (*Id.*); *see* Nev. Rule of Prof'l Conduct 1.16(b) ("a lawyer may withdraw from representing a client if: … (4) A client insists upon taking action that the lawyer considers repugnant or with which the lawyer has fundamental disagreement; (6) The representation…has been rendered unreasonably difficult by the client; or (7) Other good cause for withdrawal exists.").  Specifically, plaintiff insists that counsel take action in this matter beyond the scope of the upcoming evidentiary hearing—a hearing scheduled for this month.  (ECF No. 203).

23
24
25
26

Pursuant to plaintiff's consent to the instant withdrawal and counsel's representations, this court finds good cause to grant the instant motion.  Plaintiff wishes for the upcoming evidentiary hearing to proceed as scheduled, (ECF No. 203); thus this court will operate accordingly.

. . .

27

. . .

28

**James C. Mahan**
**U.S. District Judge**

1    IT IS HEREBY ORDERED, ADJUDGED, and DECREED that Ms. William's motion to

2  withdraw (ECF No. 203) be, and the same hereby is, GRANTED.

3    DATED March 10, 2021.

4    _____

5    UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**James C. Mahan**
**U.S. District Judge**